WILLIAM H. LOEHDE, Plaintiff-Appellee, *v.* LOYOLA UNIVERSITY *et al.*, Defendants-Appellants.

(No. 57799; ▮▮▮▮▮▮▮▮)

First District (3rd Division)—May 3, 1973.

*Modified on denial of rehearing June 28, 1973.*

PER CURIAM.

James B. O'Shaughnessy and Elwood T. Olsen, both of Schiff, Hardin & Waite, of Chicago, for appellants.

Lee M. Howard, of Howard, Howard, France & Mitchell, of Chicago, (Theodore S. Fins, of counsel,) for appellee.